## BALCH v. STATE.

No. 19835.

Court of Criminal Appeals of Texas.

June 8, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing whisky for the purpose of sale in dry territory, punishment assessed at a fine of five hundred dollars.

By proper affidavit filed in this court appellant advises that she no further desires to prosecute the appeal.

In compliance with appellant's request the appeal is dismissed.

## LOVING v. STATE.

No. 19988.

Court of Criminal Appeals of Texas.

June 24, 1938.

J. M. Griffith, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary; penalty assessed at eight years confinement in the penitentiary.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The request is granted, and the appeal is dismissed.